300003259

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 JAN 10 PM 12: 25

DEPUTY CLERK

**ISRAEL GONZALEZ**

plaintiff-


VS.


**TIMOTHY ABIGAIL**
**MTEROPLEX FOOT AND ANKLE**
**STEED ,DUNHILL,REYNOLDS**
**ATTORNEYS AT LAW**
**Defendant**

(
(
(
(
(
(
(
(
(
(
(
(
(
(

160th. dist. court Dallas, TX.
NO. DC-20-08247- APPEAL NO.
05-21-00474 cv

8 - 23 C V 0 0 6 3 - B


## NOTICE TO REMOVE STATE CIVIL CASE TO FEDERAL COURT
## JURISDICTION

COME NOW ISRAEL GONZALEZ PLAINTIFF AND PRO-SE LITIGANT, Filing his new cause of action under rule 60d(3) federal rule civil procedure ,28USC 1655, 59(b) federal rule of civil procedure. 28 USC 1446, 42 USC 1983,USC 1331,


### IDENTITY OF PARTIES

ISRAEL GONZALEZ
828 SILVERBELL
PRINCETON ,TX. 75407
PRO-SE- PLAINTIF

1

## IDENTITY OF THE PARTIES

TIMOTHY ABIGAIL D.P.M

METROPLEX FOOT AND ANKLE

3201 GOERGE BUSCH #106

RICHARDSON,TX. 75082


STEED- DUNNILL- REYNOLDS- BAILEY- STEPHENSON LLP  ATTORNEYS

1717 MAIN ST. #2950

DALLAS,  TX.  75201


DEFENDANTS

## STATEMENT OF CLAIM

This case comes from the 160th district court, Dallas County Texas.  This case is a gross negligence medical mal practise case.  (See exhibit A) On March 26th 2021 the defendants named in this cause of action commited a fraud upon the court.  The fraud kept the court from exercising its due diligence.  The fraud also included the courts staff at the 160th district court.  See exhibit (c).  The evidence of fraud was and could only be discovered after the judge had made their ruling to dismiss the plantiff's case.  An email discovered after the ruling shows the defendent and the staff at the 160th district court withheld proper notice from the plantiff and sent the courts notice to an email that the plaintiff did not own or have access to.  See exhibit C.   This fraud of misleading the court to dismiss the palintiffs medical claim. The email submitted with this complaint shows the defendant and court staff willfully and knowingly went along with the defendant's plan to deceive the court. See exhibit ©. The email states [ this is not Israel Gonzalez email.].  The defendant on march 26,2021 stated in court to judge Redmond at the 160th district court that no one has ever contacted them about the email being the  plaintiffs email.see exhibit( b) When in fact just 2 days earlier the defendant and  the 160th court staff  was contacted by the email owner sating this is not the plaintiffs email. The defendant responds [ ill make other arrangement s ]. Instead making other arrangements ,the defendant continued with the plan to deceive the court , The only question before the 160th court on march 26,2021. Was the fact the the plaintiff never received a time sensitive ruling that was sent to the wrong email. The defendant statedon the march, 26th hearing was no one ever contacted them .  to the court that no one had ever contacted them ,or stated that the email in question was not the plaintiffs email.    See the email in question exhibit { c)

3.

## RELIEF .

Plaintiff is asking this Honorable court to reverse the lower state courts decision. The court has power under rule 60 . fraud upon a court. The original medical mal practice claim should be conjoined ,and a new cause of action against the attorneys in this case.

ISRAEL GONZALEZ hereby certify that all claims in this claim are true and accurate.
I hereby certify that the evidence offered up in this complaint is true and accurate.

Israel Gonzalez
828 Silver bell
princeton, TX 75409
469-364-0783

STATE OF _TX_
COUNTY OF _COLLIN_

Sworn to (or affirmed) and subscribed before me
this 10th day of JAN 2022
by ISRAEL A JR GONZALEZ

_____    Binny FRANCIS
Notary Public's Signature    Notary Name
My Commission Expires  03-03-2024

BINNY FRANCIS
Notary Public, State of Texas
Comm. Expires 03-03-2024
Notary ID 132385863

4

1. Under rule 60 b, rule 59b(3). 28 USC(1655. ).  The plaintiff seeks relief from the district courts judgement.

2. A new action agianst the defendants should be conjoined with the original action . For fraud upon a court and abuse of process.  Under section 1331 USC. 1441 USC.

3. The defendants are liable under new action for fraud and civil rights violation as officers of the court , the existing claim should be conjoined uner abuse of process and fraud upon the court .

4. See exhibit A - C , EMAILS AND COURT TRANSCRIPTS DESCRIBING THE FRAUD FROM THE DEFENDANTS.

# EXHIBIT A

# Omar D. Hussamy, M.D., FAAOS, CIME

**Board Certified in Orthopedic Surgery**
**Fellowship Trained in Sports Medicine & Hand Surgery**
1260 37TH St. Suite 102 – Vero Beach, FL 32960
Phone: 772-247-2572 Fax: 772-213-9813
Cell: 772-205-5995
Email: ohussamy@bellsouth.net

## WORK EXPERIENCE

| | |
|---|---|
| January 1994 - Present | Orthopedic Surgeon<br>Omar David Hussamy, M.D., P.A.<br>Vero Beach, Florida |

## EDUCATION & QUALIFICATIONS

| | |
|---|---|
| June 10, 2017 | Recertified Independent Medical Examiner, American Board of Independent Medical Examiners |
| June 2, 2017 | Zimmer Biomet Primary Knee Lab, Miami, FL |
| March 11-12, 2017 | AMA Guides to The Evaluation of Permanent Impairment, 6th Edition Training Course with review of Principles of Disability Assessment |
| November 12-13, 2016 | IME Skills for Physicians: The Masters Program, Naples, FL |
| October 7, 2016 | Expert Medical Advisor, Division of Workers' Compensation, State of Florida |
| September 16-17, 2016 | Current Innovations in Direct Anterior Approach Hip & Knee Arthroplasty DJO Global Miami, Florida |
| June 1, 2016-Dec31, 2026 | Recertified American Board of Orthopedic Surgery |
| February 19-20, 2016 | Advances in Shoulder & Elbow Arthroplasty DJO Global, Miami, Florida |
| May 17, 2012-June 10, 2017 | Recertified Independent Medical Examiner, by the American Board of Independent Medical Examiners |
| July 1, 2006-Dec31, 2016 | Recertified American Board of Orthopedic Surgery |

Ex B

• Page 2

| | |
|---|---|
| April 20, 1998 - May 31, 2006 | Certified Independent Medical Examiner, by the American Board of Independent Medical Examiners |
| July 1, 1996 | Fellow, American Academy of Orthopedic Surgeons |
| June 16, 1993-Dec 31, 1993 | Franke. McCue, 111, M.D., Charlottesville, VA University of Virginia Fellowship in Sports Medicine and Hand Surgery |
| July 1, 1989 - June 15, 1993 | University of North Carolina, Chapel Hill, NC Hospitals Residency in Orthopedic Surgery |
| July 1, 1988 - June 30, 1989 | University of North Carolina, Chapel Hill, NC Hospitals in General Surgery |
| Dec 31, 1986 - May 22, 1988 | University of Virginia, Charlottesville, VA, M.D. |
| Sept 1984 - December 1986 | Cambridge University, Cambridge, England Doctor of Medicine |
| Oct 1980 - July 1984 | St. Andrews University, St. Andrews, Scotland B.S. Medical Science with Honors |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1994 | Indian River Medical Society |
| 1994 | McCue Society, University Of Virginia |
| 1994 | Florida Medical Association |
| 1988 | American College of Surgeons |
| 1986 | American Medical Association |

## HONORS & AWARDS

| | |
|---|---|
| 1993 | John W. Packer, M.D., Chief Resident of the Year Award Wake Medical Center |
| 1993 | Wake Medical Center Resident Teaching Award |
| 1987 | Alpha Omega Alpha Honor Medical Society |
| 1985 | Pediatrics Prize, Cambridge University |

• Page 3

1983        Medical Research Council Grant
            St. Andrews University

1980        Medical Scholarship, St. Andrews University

## TEACHING

1993        Instructor, Division of Hand Surgery and Sports Medicine
            Department of Orthopedics, University of Virginia

1990        UNC Medical School Muskuloskeletal Course
            University of North Carolina

1984        Department of Physiology, St. Andrews University
            Laboratory Instructor

## PRESENTATIONS

1.  **The Bone Bank Experience of Femoral Head Allographic Bone Transplantation at the University of Virginia.** Virginia Orthopedic Society Annual Meeting, Hot Springs, VA, April 1988

2.  **Injuries to the Lisfranc joint Complex: Diagnosis and Treatment** Raleigh City-Wide Orthopedic Conference, March 5, 1991

3.  **Revision Total Hip Arthroplasty Using the BIAS Femoral Component: Two to Five Year Results.** North Carolina Orthopedic Association Annual meeting, September 20, 1991

4.  **Cementless Acetabular Revision Using the HGP Component Bone Grafting:** South Carolina and North Carolina Orthopedic Association Combined Annual Meeting, Charleston, SC, October 3, 1992

5.  **Cementless Acetabular Revision Using the HGP Component Bone Grafting: Two to Seven Year Results.** Orthopedic Research and Education Foundation Symposium, Orthopedic Research Update 1992, Washington Duke Inn, Durham, NC, October 24, 1992. Raleigh City Wide Orthopedic Conference, December 19, 1992

6.  **A Study of Cementless Revision Total Hip Arthroplasty: Two to Six Year Result.** Nathan Womack Surgical Society Annual Meeting, Chapel Hill, NC, January 1993

7.  **A Prospective Study of Revision Total Hip Arthroplasty Using the BIAS Femoral Component.** Annual Meeting of the American Academy of Orthopedic Surgeons, San Francisco, CA, February 20, 1993

• Page 4

8. **A Prospective Study of Revision Total Hip Arthroplasty Using the BIAS Femoral Component: Two to Six Year Results.** Annual Meeting of the American Academy of Orthopedic Surgeons, San Francisco, CA, February 19, 1993

9. **Cementless Acetabular Revision Using the HGP Component and Bone Grafting.** Surgery Grand Rounds, UNC Hospitals, Chapel Hill, NC, March 10, 1993

10. **The Anterior Cruciate Ligament: Anatomy, Injury and Treatment.** UNC Athletic Trainers Annual Meeting, Chapel Hill, NC, March 26, 1993


## PUBLICATIONS

1. Hussamy, O.D., Flitney, F.W.: **The Effects if Trifluoperazine on Alpha and Beta Medicated Glucose Release from Rat Liver Slices.** Thesis, University of St. Andrews Press, May 1984

2. Hussamy, O.D., Lachiewicz, P.F.: **A Study of Cementless Revision Total Hip Arthroplasty: Two to Six Year Results.** Journal of The Southern Orthopedic Association. 1: 152, 1992

3. Hussamy, O.D., Bynum, D.K.: **A Ganglion Cyst of the Shoulder Joint Presenting as Painful Auxiliary Mass.** Contemporary Orthopedics. July 1993

4. Hussamy, O.D., Lachiewicz, P.F.: **Revision Total Hip Arthroplasty Using the BIAS Femoral Component: Two to Six Year Results of a Prospective Study.** Orthopedic Transactions, Vol. 17, Fall 1993

5. Hussamy, O.D., Lachiewicz, P.F.: **Revision Total Hip Arthroplasty Using the BIAS Femoral Component: Two to Six Year Results of a Prospective Study.** JBJS. Vol. 76-A: 1137-1148, August 1994

6. Hussamy, O.D., Lachiewicz, P.F.: **Cementless Acetabular Revision Using the HGP component and Bone Grafting: Two to Eight Year Results.** JBJS. Vol. 76-a: 1834-1839, December 1994

7. Kelley, S.S., Bodner, S., Hussamy, O.D., Morrison, J.A.: **A Simple Technique for Insertion of Distal Screws into Interlocking Nails.** The Journal of Orthopedic Trauma Surgery, Vol. 9:227-230

Fv. 13

**Omar D. Hussamy, M.B., B.Chir, M.D., CIME**
1260 37th Street
Suite 102
Vero Beach, FL 32960
(772) 213-9800  Fax (772) 213-9810
Board Certified in Orthopedic Surgery
Fellowship Trained in Sports Medicine & Hand Surgery

September 24, 2020

American Medical Experts, LLC
25448 Fritz Court
Aldie, VA 20105

RE:  Gonzalez, Israel
DATE OF BIRTH:  October 18, 1967
DATE OF INJURY:  June 29, 2018

To Whom It May Concern:

I am a board-certified, fellowship-trained orthopedic surgeon
who has performed multiple orthopedic surgical cases, including
open reduction and internal fixation of calcaneus fractures.  I
continue to perform these surgeries.  I had the opportunity to
review the medical records regarding Mr. Israel Gonzalez.

Mr. Gonzalez is a 52-year-old male who sustained a displaced
intra-articular fracture of the calcaneus of his right foot.  He
was evaluated by Timothy Abigail, a podiatrist in Richardson,
Texas on June 12, 2018.  He recommended surgical intervention.

A CT scan of the right foot was obtained at Preferred Imaging in
Plano, Texas, on June 21, 2018, which showed a comminuted
depressed intra-articular calcaneal fracture with 1-cm
depression of the posterior subtalar facet of the calcaneus and
intra-articular involvement of the middle subtalar facet and the
calcaneocuboid articulation without articular step-off.  There
was comminuted involvement of the medial and lateral aspects of
the calcaneus.

On June 29, 2018, Mr. Gonzalez underwent open reduction and
internal fixation of the right calcaneus fracture with bone
grafting.  Dr. Abigail was assisted by Dr. Rachna Tiwari,
another podiatrist at Garland North Surgical Center in Garland,

(Continued)

Ex B

RE:  Gonzalez, Israel
September 24, 2020
Page Two


Texas.  Mr. Gonzalez was told that the operation would take
three hours, but the surgery took nine hours to complete.
Dr. Abigail had to ask Dr. Tiwari to assist him during the
procedure.  Postoperatively, Dr. Abigail gave Mr. Gonzalez a
walking boot and told him to start walking.  Mr. Gonzalez was
unable to ambulate ten steps.  After three weeks Mr. Gonzalez
requested an MRI scan of his right ankle.  Dr. Abigail refused
to order this and Mr. Gonzalez presented to the emergency room
where an MRI scan of the right ankle was performed.

The MRI scan report of the right ankle performed at Preferred
Imaging in Richardson, Texas, on November 20, 2018, shows
previous calcaneal fracture stabilized by plate and screws.
There was bone edema in the body of the talus, a large fracture
fragment of the medial aspect of the talus, with intra-articular
extension posteriorly, full-thickness tear of the anterior
talofibular ligament, and anterior subluxation of the peroneus
longus and peroneus brevis tendons.  CT scan of the right foot
was recommended.

After the MRI scan was completed, Mr. Gonzalez contacted
Dr. Abigail for the results.  Dr. Abigail reportedly became
frustrated and informed Mr. Gonzalez he could no longer treat
him.  Mr. Gonzalez has been treated in a walking cast and has
obtained multiple orthopedic consultations.  He continues to
complain of persistent pain and swelling in his right ankle with
difficulty ambulating.  Further treatment options have been
discussed, including a possible amputation.

In summary, Mr. Gonzalez suffered a right comminuted intra-
articular depressed calcaneus fracture, which required open
reduction and internal fixation.  He underwent this surgery,
performed by Dr. Abigail, but has been left with a suboptimal
result.  This includes chronic pain, swelling, and numbness,
with Mr. Gonzalez unable to walk any distance due to the pain.
This is the result of Dr. Abigail breaching the standard of
care. He was unable to accurately reduce and repair the fracture
in an anatomic fashion, causing nerve and tendon damage with the
resulting permanent impairment

(Continued)

RE:  Gonzalez, Israel
September 24, 2020
Page Three


to Mr. Gonzalez's right foot. Dr. Abigail performed an operation
that he was not adequately trained to do. This operation took 9
hours which is excessive for this type of procedure. In
addition, he refused to release Mr. Gonzalez's medical records
and x-rays, and certified he was a Reconstructive Rearfoot/Ankle
(RRA) surgeon, which he was not.

Dr. Abigail breached the stand of care in this case for the
above reasons. The right standard of care could have been to
repair the torn tendons and repair the fracture and prescribe
post op rehab. It has left Mr. Gonzalez with very few treatment
options, the most likely of which would be a right below the
knee amputation.

If you require any further information, please do not hesitate
·to contact me.

Sincerely,

Omar D. Hussamy, M.B., B.Chir, M.D., CIME
Diplomate American Board
 of Orthopedic Surgery

ODH/jf

# EXHIBIT B

**REPORTER'S RECORD**

**VOLUME 1 OF 1**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/8/2021 3:35:15 PM
LISA MATZ
Clerk

COURT OF APPEALS CAUSE NO. 05-21-00474-CV

TRIAL COURT CAUSE NO. DC-20-08247-H

| | | |
|---|---|---|
| ISRAEL A. GONZALEZ, | ) | IN  THE  DISTRICT COURT |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | OF DALLAS COUNTY, TEXAS |
| | ) | |
| TIMOTHY C. ABIGAIL, DPM | ) | |
| AND METROPLEX FOOT AND ANKLE, | ) | |
| Defendants. | ) | 160TH JUDICIAL DISTRICT |

**DEFENDANTS TIMOTHY C. ABIGAIL, DPM AND**

**METROPLEX FOOT AND ANKLE'S MOTION TO DISMISS**

**which was heard on**

**Friday, March 26, 2021**

On the 26th day of March 2021, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Aiesha Redmond, Judge Presiding, held in Dallas, Dallas County, Texas, and the following proceedings were had, to wit:

Proceedings reported by machine shorthand utilizing Zoom teleconferencing.

GINA M. UDALL, CSR, RPR
Official Reporter, 160th District Court

1

2

3    **APPEARANCES:**

4

5

6    **MR. ISRAEL A. GONZALEZ          PRO SE PLAINTIFF**
     **(Appearing via Zoom)**
7    **828 Silverbell Street**
     **Princeton, Texas   75407**
8    **Telephone:   (469) 364-0783**

9

10

11

12

13   **MS. KIMBERLY K. BOCELL          ATTORNEY FOR DEFENDANTS**
     **(Appearing via Zoom)          Timothy C. Abigail, DPM**
14   **State Bar No. 24053414          and Metroplex Foot**
     **STEED, DUNNILL, REYNOLDS          and Ankle**
15   **    & BAILEY, STEPHENSON, LLP**
     **1717 Main Street**
16   **Suite 2950**
     **Dallas, Texas   75201**
17   **Telephone:   (469) 698-4200**
     **Facsimile:   (469) 698-4201**
18   **Email:   kimberlybocell@steedlawfirm.com**

19

20

21

22

23                      *          *          *

24

25

1          But that is not evidence before the Court.

2   It's not competent evidence before the Court that he was

3   not aware of the January 21st order that was entered

4   when it was provided via email he provided the court.

5          And the law is clear that there is --

6   absent any evidence that he did not receive timely

7   notice in the record, then 30 days began on January

8   21st.

9          And if that was an email of his daughter's

10  that shouldn't be utilized with the court for sharing

11  information, then his daughter should have let her dad

12  know or let someone know that we're not accepting this.

13  This isn't a form of communication for my dad.  None of

14  us knew that.

15          Your Honor didn't know that.  Mr. Zaragoza

16  didn't know that.  I didn't know that.  There was no

17  reason for any one of us to think that that wasn't a

18  reasonable form of communication with Mr. Gonzalez.

19          The bottom line is, he knew that the

20  objections were argued at the hearing.  He should

21  have known that those needed to be ruled upon.

22          Ignorance of the law is not a defense

23  here.  That was an issue before the Court.  It was ruled

24  upon.

25          He received numerous email communications

1  about that ruling including the ruling itself, what your

2  ruling was.  Requesting an order on it.  A copy of the

3  proposed order and a signed order.  Numerous emails.

4              THE COURT:  Ms. Bocell, if you can repeat

5  those last few words.

6              MR. GONZALEZ:  Your Honor, this is not

7  true.

8              THE COURT:  Mr. Gonzalez, please.

9              Ms. Bocell, if you could repeat the

10  last few words of your statement.  There was some

11  connectivity issues.

12              MS. BOCELL:  Yes, Your Honor.

13              What I said was he received on

14  January 21st to that email four communications.  One

15  was Mr. Zaragoza just emailing, narratively, that you

16  had sustained the objections and would be providing a

17  30-day extension and requesting an order.

18              I replied to that email reasonably

19  thinking that was an appropriate thing to do, providing

20  a copy of a proposed order.  He was on that email.

21              Then Mr. Zaragoza then replied with the

22  signed order from Your Honor.  Those were multiple

23  emails that were exchanged during the course of

24  that day.

25              They're attached as an exhibit,

Response by Ms. Bocell                            22

1  Your Honor, to our reply.

2                 And that whole email chain started from

3  Mr. Zaragoza because that was the original email chain

4  from when he provided the Zoom notice for the January

5  18th hearing.

6                 So reasonably so, Mr. Zaragoza then

7  replied all to that same email chain with the same

8  subject line of that hearing, the motion to dismiss,

9  notifying us of the ruling, requesting an order.  Then

10  I replied all providing an order.  Then he replied all

11  providing the order signed to all of us.

12                 At no time did anyone reply to that email

13  chain, saying this isn't Israel Gonzalez's email, you

14  can't communicate with me here.  So why wouldn't the

15  court and myself think that that's an appropriate mode

16  of notice?

17                 There's no evidence to the contrary in

18  front of the Court that he didn't receive notice that

19  day, Your Honor.

20                 THE COURT:  Thank you.

21                 The Court will take this matter under --

22                 MR. GONZALEZ:  Judge Redmond, is it okay

23  if I respond to that?  There's just so -- there's so

24  many lies in that, I don't even know where to start.

25                 But just for the record, Judge --

GINA M. UDALL, CSR, RPR
Official Reporter, 160th District Court



4/8/2021     Yahoo Mail - RE: DC-20-08247 - Israel Gonzalez vs. Timothy Motorplex Foot and Ankle - March 25th at 1:30 - Second Motion to Dismiss ...

Case 3:23-cv-00063-L-BK     Document 3     Filed 01/10/23     Page 21 of 24     PageID 25

## RE: DC-20-08247 - Israel Gonzalez vs. Timothy Motorplex Foot and Ankle - March 25th at 1:30 - Second Motion to Dismiss Hearing

From:   Kimberly Bocell (kimberlybocell@steedlawfirm.com)

To:     inllagon@yahoo.com; nicholas.zaragoza@dallascounty.org

Cc:     sheilasalgado@steedlawfirm.com; neldahinds@steedlawfirm.com; meganpharis@steedlawfirm.com

Date:   Wednesday, March 24, 2021, 02:46 PM CDT

My apology. I simply "replied all" to the last email Mr. Zaragoza sent in this matter. Mr. Gonzalez will receive the information via Federal Express overnight mail and indicated below.

Thanks,

Kimberly

**From:** inllagon <inllagon@yahoo.com>
**Sent:** Wednesday, March 24, 2021 1:38 PM
**To:** Kimberly Bocell <KimberlyBocell@steedlawfirm.com>; Nicholas Zaragoza <Nicholas.Zaragoza@dallascounty.org>
**Cc:** Sheila Salgado <SheilaSalgado@steedlawfirm.com>; Nelda Hinds <NeldaHinds@steedlawfirm.com>; Megan Pharis <MeganPharis@steedlawfirm.com>
**Subject:** RE: DC-20-08247 - Israel Gonzalez vs. Timothy Motorplex Foot and Ankle - March 25th at 1:30 - Second Motion to Dismiss Hearing

**CAUTION: This email originated from outside of the organization! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!**

This is not Israel Gonzalez email address. This email was used for zoom purposes only. Mr Gonzalez does not have access to this email. This is the 2nd time I have notified Mrs. Bocell about this. Please do not send anymore information regarding Mr. Gonzalez to this email. I will be notifying the court about this. This is my work email. I do not have time to notify Mr. GONZALEZ about this email. Please make other arrangements.

------- Original message -------

From: Kimberly Bocell <KimberlyBocell@steedlawfirm.com>

Date: 3/24/21 12:09 PM (GMT-06:00)

To: Nicholas Zaragoza <Nicholas.Zaragoza@dallascounty.org>, inllagon@yahoo.com

Ex C     1/7

CAUSE NO. DC-20-08247

| | | |
|---|---|---|
| ISRAEL A GONZALEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| TIMOTHY C. ABIGAIL DPM METROPLEX, | § | |
| | § | |
| Defendant. | § | 160TH JUDICIAL DISTRICT |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court, having heard and considered Defendant's Motion to Dismiss and all pleadings on file, has determined that Defendant's Motion to Dismiss should be DENIED.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Dismiss is hereby DENIED.

Signed this 13th day of January, 2021.

*Tonya Parker*

_____

JUDGE PRESIDING

CAUSE NO. DC-20-08247

| | | |
|---|---|---|
| ISRAEL A. GONZALEZ | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 160TH JUDICIAL DISTRICT |
| | § | |
| TIMOTHY C. ABIGAIL, DPM | § | |
| METROPLEX FOOT AND ANKLE | § | DALLAS COUNTY, TEXAS |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

On this this day, came on to be heard Defendants Timothy C. Abigail DPM and Metroplex Foot & Ankle's Motion to Dismiss. Having read the Motion, any response thereto, and examined the Court's file, the Court is of the opinion that the Motion is well-taken and at this time should be in all things GRANTED.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that Defendants Timothy C. Abigail DPM and Metroplex Foot & Ankle's Motion to Dismiss with prejudice is GRANTED in its entirety; this lawsuit is thereby dismissed with prejudice as to refiling of same against Defendants.

SIGNED this _29th_ day of _March_____, 2021.

_Tiesha Redmond_
_____
PRESIDING JUDGE

ORDER ON DEFENDANTS' MOTION TO DISMISS – Solo Page

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Israel Gonzalez

## DEFENDANTS
Timothy Abigail D.P.m, metroplex Foot and ankle, steed Law firm

**(b)** County of Residence of First Listed Plaintiff **Collin**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Dallas**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
JAN 1 0 2023
CLERK U.S. DISTRICT COURT

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-se

Attorneys *(If Known)*
steed Law firm
"Kim Bocell" Attorney

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**3 2 8 'V 0 0 6 3 - L**

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane — [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability — Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & — [X] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Slander — Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' — Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability — [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 340 Marine — | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability — **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle — [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle — [ ] 371 Truth in Lending | [ ] 720 Labor/Management | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | Product Liability — [ ] 380 Other Personal | Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 360 Other Personal — Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | Injury — [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| | [X] 362 Personal Injury - Medical Malpractice | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights — **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting — [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment — [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations — [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - — [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | Employment — **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other — [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education — [ ] 550 Civil Rights | | | |
| | — [ ] 555 Prison Condition | | | |
| | — [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 603 Federal Rule of Civil Procedure

Brief description of cause:
Medical Negligence, Fraud Upon a Court

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2 million

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____